**IN the INTEREST OF:**
**S.K.M. A Minor,**

**No. ED 101273**

Missouri Court of Appeals,
Eastern District,
***DIVISION FIVE.***

Filed: December 23, 2014

Application for Transfer to Supreme Court Denied February 24, 2015

Application for Transfer Denied April 28, 2015

Clinton B. Roberts, 16 West Columbia Street, P.O. Box 430, Farmington, Missouri 63640, John Williams (for Juvenile), 614 Walmart Dr., Box 136, Farmington, Missouri 63640, for appellant.

Tammy Steward, P.O. Box 30, Farmington, Missouri 63640, for respondent.

Before Angela T. Quigless, C.J., Sherri B. Sullivan, J. and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

J.R.M. ("Mother") appeals the judgment of the trial court terminating her parental rights to the minor child S.K.M. On appeal, Mother contends the court erred in terminating her parental rights because: (1) Mother has a disease, drug addiction, which is treatable and prevents her from complying with the requirements set forth by the court or care for S.K.M.; (2) the court failed to provide Mother's attorney with her new address before trial; and (3) there is insufficient evidence to support the court's findings within the meaning of section 211.447.5(2), R.S.Mo. (2000), that Mother: has a chemical dependency that cannot be treated, is physically and financially able to provide care and support for the child, and does not have a mental condition.

We have reviewed the briefs of the parties and the record on appeal. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would have no precedential value. However, we have provided the parties with an unpublished memorandum that sets forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).